# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. CR88-0972-TJH | Date MAY 17, 2017 |

Present: The Honorable **TERRY J. HATTER, JR., UNITED STATES DISTRICT COURT JUDGE**

Interpreter

| YOLANDA SKIPPER | NOT REPORTED | KEVIN LALLY |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 6. MICHAEL HARRIS aka Mike Tall | NOT | ✗ | | 6. MATTHEW J. LOMBARD | NOT | ✗ | |

**Proceedings:** NOTICE TO COUNSEL AND ORDER RE: 2014 USSC AMENDMENT REDUCING DRUG OFFENSE LEVELS

The U.S. Sentencing Commission 's Crack Cocaine Guideline Amendment, effective November 1, 2014, pertains to offenses involving cocaine base ("crack") and has the effect of lowering the guideline sentencing range for certain categories of offenses and offenders, in conjunction with the drug amendment 782.

Defendant Michael Harris was sentenced on **November 26, 1990**, and may be subject to a lowering of the sentencing guideline used in determining the appropriate sentence.

The Defendant has filed on May 15, 2017, a motion for reduction of term of imprisonment pursuant to 18 USC § 3582(C)(2), Amendment 782, reduction upon re-sentence.

Government counsel shall submit supplemental position papers no later than ***June 30, 2017.*** Defendant's reply, if any, to the government's position papers must be filed no later than ***July 31, 2017.***

The Court will determine, what effect, if any, Amendment 782 to the federal sentencing guidelines may have on defendant's current sentence. The U. S. Probation Office shall submit an updated/complete supplemental pre-sentence report no later than ***July 31, 2017.***

The clerk will notify the parties when the court has reached a decision.

cc: USPO

Initials of Deputy Clerk     YS