# *APPENDIX*

| | |
|---|---|
| Exhibit A | *Los Angeles Times* article entitled, "Coronavirus Outbreak at Lompoc Prison is the Worst in the Nation: 69 Inmates, 25 Staff Infected," dated April 16, 2020 |
| Exhibit B | Letters of Reference for Defendant Michael Harris from Prison Officials and Staff, Prison Volunteers, Fellow Inmates who have Paroled, Community Members, Elected Officials and Members of his Family, which Demonstrate his Extraordinary Post-Offense Rehabilitation and Support his Request for Reduction in Sentence |
| Exhibit C | Defendant Michael Harris' Requests to Warden at FCI Lompoc for Reduction in Sentence Pursuant to §3582(c)(1)(A); the Warden's Denial of those Requests; Defendant Harris' Appeals of Denials; the Warden's Responses; Partial Exhibits Attached to Michael Harris' Requests for Administrative Remedy (Excluding Some of Which are Already Included as Exhibits to this Motion); and Relevant Sentencing and Credit Calculation Records by the CDCR and BOP; All of which Support the Merits of Mr. Harris' Request to this Court and Demonstrate that He has Fully Exhausted All Administrative Remedies within the BOP |
| Exhibit D | U.S. District Court's Judgment and Probation/Commitment Order, dated December 5, 1990; Criminal Minutes – General |
| Exhibit E | U.S. Marshals Detainer, issued December 5, 1990 |
| Exhibit F | Request by U.S. Marshals Service to CDCR for Acknowledgement of Detainer, dated April 2, 1991 |
| Exhibit G | Presentence Report, dated July 18, 1990 |
| Exhibit H | Transcript of Sentencing Hearing in Instant Case, November 26, 1990 |

| | |
|---|---|
| Exhibit I | Defendant's Sentencing Memorandum in Instant Case, dated November 12, 1990 |
| Exhibit J | San Quentin News Articles authored by Defendant Harris entitled "Judge Henderson: Catalyst of Change" and "One Neighborhood...Two Paths, Two Lives...Why the Difference," June-July 2010 |
| Exhibit K | BOP Summary Reentry Plan/Progress Report Documenting Michael Harris' Academic Coursework While Incarcerated, dated December 11, 2018 |
| Exhibit L | Transcript of Parole Hearing in State Case where BPH Grants Parole, dated September 16, 2009 |
| Exhibit M | Bureau of Prisons Inmate Skills Development Plan and Progress Report, dated May 10, 2016 |
| Exhibit N | Declaration of Derrick Pruett, dated August 24, 1988 |
| Exhibit O | Declaration of H. Clay Jacke, dated December 12, 1992, Acknowledging his Failure to Adequately and Effectively Represent Michael Harris in his State Criminal Trial in 1988, Superior Court of Los Angeles County Case No. A954503 |
| Exhibit P | Declaration of James Lester, dated May 27, 1992; Declaration of James Lester, dated October 17, 2002; Declaration of James Lester, dated September 25, 2008; and Declaration of L.C. Lester, dated October 28, 1992 |
| Exhibit Q | Sentencing Commitment Order and Sentencing Minutes, both dated September 16, 1988, for Superior Court of Los Angeles County Case No. A954503 |
| Exhibit R | State of California Penal Code §669a |
| Exhibit S | U.S. Marshals Service Prisoner Tracking System for Defendant Michael Harris, Reg. No. 90244-012 |

| | |
|---|---|
| Exhibit T | Defendant's Medical Records from the California Department of Corrections and Rehabilitation during 1996-1997, reflecting his Protracted Illness and Diagnosis of Guillain-Barré Syndrome |
| Exhibit U | Information about Guillain-Barré Syndrome |
| Exhibit V | Bureau of Prisons Health Services/Health Problems Medical Summary for Michael Harris, dated 3/27/2020 |