MATTHEW J. LOMBARD (SBN 239910)
Law Offices of Matthew J. Lombard
11400 W. Olympic Blvd., Suite 1500
Los Angeles, California 90064
Telephone (424) 371-5930
Facsimile (310) 392-9029
Email: mlombard@lombardlaw.net

BRUCE A. ZUCKER (SBN 170331)
Kravis, Graham & Zucker, LLP
26565 Agoura Road, Suite 200
Calabasas, California 91302
Telephone (310) 975-7040
Email: bruce@kgzlaw.net

Attorneys for Defendant
MICHAEL R. HARRIS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Case No. CR 88-972-TJH-6 |
|    ) | |
| Plaintiff,    ) | EMERGENCY |
|    ) | SUPPLEMENTAL SUBMISSION |
| v.    ) | IN SUPPORT OF MOTION FOR |
|    ) | COMPASSIONATE RELEASE |
| MICHAEL R. HARRIS,    ) | |
|    ) | |
| Defendant.    ) | |
|    ) | |
| _____) | |

Defendant MICHAEL R. HARRIS, by and through undersigned counsel of record, submits the following information in support of his motion for compassionate release (dkt. #1398).

///

///

///

1

Date:  May 8, 2020

Respectfully submitted:

By      */s/Matthew J. Lombard*
        MATTHEW J. LOMBARD
        Law Offices of Matthew J. Lombard

By      */s/Bruce Zucker*
        BRUCE ZUCKER
        Ahrony, Graham & Zucker, LLP

        Attorneys for Defendant
        MICHAEL R. HARRIS

## DECLARATION OF MATTHEW J. LOMBARD

I, Matthew J. Lombard, declare as follows:

1.      I am an attorney at law licensed to practice in courts of the State of California and this Federal judicial district.  I represent the defendant Michael R. Harris in this matter, along with my co-counsel Bruce Zucker.

2.      On April 28, 2020, Defendant Michael Harris filed a motion for the Court to order Mr. Harris' release upon compassionate release grounds (dkt. #1398). The Government's response is due on May 13, 2020.  The following is urgent information that has developed since the motion was filed and which the defendant, through undersigned counsel, respectfully asks the Court and the prosecution to consider on an expedited basis.

3.      Prior to this motion being filed on April 28, 2020, fewer than 50 inmates were known to be infected with the virus at FCI Lompoc.  In the intervening 10 days, FCI Lompoc  (the specific facility where Mr. Harris is housed) has exploded with coronavirus.  Today, May 8, 2020, the BOP website reports 792 inmates and 11 staff members infected with COVID-19 at FCI Lompoc -- the highest total in the entire BOP system nationwide.[1]

4.      To put this in perspective, the total inmate population of FCI Lompoc is 1,162, which means that over 68 percent of the inmate population there is infected. There are currently more coronavirus cases inside the Lompoc Corrections Complex than for all the rest of Santa Barbara County (population 446,449) combined.[2]

5.      My co-counsel Bruce Zucker has advised me that he has been calling FCI Lompoc to attempt to schedule a legal call with Michael Harris but these efforts have been unsuccessful thus far.  Mr. Harris, like all inmates at the facility, has had

---

[1] See bop.gov/coronavirus, which provides daily updates on the outbreak of the virus across the BOP nationwide.

[2] See *Santa Barbara Independent* article, "Lompoc Prison COVID-19 Cases Skyrocket to 599," dated May 8, 2020.

no access to telephones, email or any other type of communication for 3 weeks due to the emergency lockdown.

6.     In numerous press releases and public statements,[3] the Bureau of Prisons has described the extraordinary measures they are undertaking to prevent spread of the coronavirus infection and safeguard inmates' health.  Intentions notwithstanding, these measures clearly have been ineffective.  Moreover, there are disturbing reports from numerous inmates at the prison, as was reported in the Santa Barbara Independent (see Exhibit A), that raise serious questions about the Bureau of Prisons' response and management of the crisis at Lompoc.

7.     Because of his pre-existing health conditions, which include hypertension and a history of respiratory disorders, and his compromised immune system due to Guillain-Barré Syndrome with which he was diagnosed in 1996, Mr. Harris is at extremely high risk to suffer grave and potentially life-threatening complications from COVID-19.

8.     Based on the foregoing, and mindful that the Government may be opposed, it is nevertheless respectfully requested that the Court act on an emergency basis to grant the defendant's motion.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 8th day of May, 2020 at Los Angeles, California.

/s/Matthew J. Lombard
MATTHEW J. LOMBARD

---

[3] See *Santa Barbara Independent* articles entitled:  "Lompoc Prison's COVID-19 Crisis Threatens to Pop," dated April 29, 2020, and "Lompoc Prison Inmates and Families Describe Cruel COVID-10 Conditions," dated May 6, 2020.