*Exhibit A*

# Lompoc Prison Inmates and Families Describe 'Cruel' COVID-19 Conditions

Officials Announce Conversion of Old Factory into Hospital Unit Is Now Complete



*Vandenberg Air Force Base provided cots and tents to the Lompoc prison complex. To increase social distancing, the prison also converted its gym and chapel into inmate housing. | Credit: Staff Sgt. Brittany E. N. Murphy / U.S. Air Force photo*

By **Tyler Hayden**

Wed May 06, 2020 | 4:27pm

Federal officials announced this week that construction is now complete on a new 20-bed hospital space inside the Lompoc prison complex, where an outbreak of coronavirus has infected scores of inmates and staff. Scheduled to open May 6, the Hospital Care Unit (HCU) is located on the first floor of a decommissioned military uniform factory in a medium-security area of the complex.

*The Santa Barbara Independent is providing all coronavirus stories for free so that all readers have access to critical information during this time. Get the top stories in your inbox by signing up for our daily newsletter, Indy Today.*

the Bureau of Prisons said in a prepared statement, comprises 10 double-occupancy treatment rooms, a patient intake area, nurses' station, pharmacy, and biohazard room, as well as a guard post and staff lounge. "The concept to build the hospital began on April 9, after the institution's first positive COVID-19 inmate case was identified on March 31," the statement reads. "Based on the size of the inmate population, the epidemic curve projected a high volume of cases, which would require a level of hospitalization the local community would be unable to meet."

The exact number of inmates and staff sickened by coronavirus remains an elusive figure, as the Bureau of Prisons (BOP) and Santa Barbara County health officials have offered conflicting data since the start of the outbreak. Citing security considerations, the BOP has also prohibited regional hospitals from disclosing how many inmates and staff have been, or are currently, in their care.

As of Tuesday, May 5, the BOP was reporting 111 open cases in the complex, which consists of United States Penitentiary Lompoc (USP Lompoc), a medium-security facility with an adjacent minimum-security satellite camp, and Federal Correctional Institute Lompoc (FCI Lompoc), a low-security facility. Just over 2,700 male offenders are incarcerated between the two lockups. The 111 figure is a reduction from the 136 active cases the prison described last week.

County health officials, on the other hand, are reporting only 107 total cases, both active and inactive. The BOP and the county, however, agree that 66-year-old inmate Oliver M. Boling died April 17 from the virus. Other sources familiar with the situation but not authorized to speak publicly have suggested the prison may contain as many as 300 to 400 open cases among inmates cases and another 50 to 70 among staff.

## Inmate Insight

In a letter sent to the Santa Barbara Independent, inmate Steven Fishman accused Lompoc prison administrators of intentionally manipulating and downplaying the data. "They are taking off those COVID-19 positive inmates who have 'apparently recovered' from the list of reported cases, when in fact none of them were ever re-tested," he said. "This falsification of records is being done to make Lompoc Correctional Complex look good, but the reporting is not being done ethically or honestly."

Fishman provided a copy of a formal complaint filed by fellow inmate Michael Ellis, who said he tested positive for COVID-19 on April 9 and was briefly placed in quarantine, but then reintroduced to the general population without being re-tested. "I have been placed back in my bunk in D Unit at North Camp, where there are approximately 125 other inmates living who might be susceptible to contagion of the virus because I have not been re-tested!" he wrote.

Ellis also described his time in quarantine in the prison's Secure Housing Unit, or SHU, which is normally reserved for violent or misbehaving inmates. "I felt hopeless," he said. "I was listening to men throw up and cough all night."

Inmate Scott Byars echoed Fishman and Ellis's concerns in his own letter to the Independent. For speaking out, he predicted the BOP would subject him to "diesel therapy," an unsanctioned form of punishment whereby shackled prisoners are aimlessly transported between institutions for days and weeks on end. "However," Byars said, "this message is more important than how I do the rest of my time."

> El esta Bien por lo que yo Tengo entendido el se sentia Mal. Ileva ya como 5 dias con dolor de cuerpo, diarea, Fiebre, dolor de Cabeza con la Condicion Que el y yo Padecemo de Axma le dije Que Tomara la Mejor desicion. de deacuerdo Su hijo lleva ya Quejandose baria beses con el Personal Que Trabaja Aqui No

*A letter from a Lompoc inmate written in Spanish describes his cellmate suffering from fever, diarrhea, and vomiting for five days but receiving no help from staff.*

Photo: **Courtesy**

## Families Still Concerned

News of the Hospital Care Unit's completion may offer some solace to the families of offenders. Many remain desperately worried about the health of their relatives and have been clamoring for information after the complex went on a complete lockdown on April 17 in an attempt to contain the outbreak. Phones and email were shut off, and though prison officials said mail service would continue, families have complained that most of their letters are being returned to them without explanation.

The order was meant to last 14 days but has been extended as new cases are identified. Inmates are confined to their bunks except to use the shower and toilet, and they play cards and chess to pass the time. As boredom and frustration grow, however, more fights are breaking out. The older prisoners do their best to keep the younger ones calm.

"By initiating a two-week communications blackout that has been indefinitely extended, families are frustrated and concerned," said Beth Lawrence, the mother of an inmate serving an eight-year sentence on drug charges. "We want to know what's happening with our loved ones." Lawrence said her son suffers from severe mental illness and was expressing troublesome thoughts right before she stopped hearing from him. "I don't know if he has the virus," she said. "I don't know if he's suicidal. I don't know anything." Other families have been able to communicate with their relatives by contraband cell phones.

On April 24, Maria Del Carmen Torres Figueroa, who lives in Florida, received a letter from her son in Lompoc. He said his asthma was acting up and he was feeling very sick but his repeated requests for medical care were going unanswered. The next letter to Figueroa came on April 30 from her son's cellmate. "I only write to you with bad news since your son has asked me to only tell you the truth of the state of his well-being and health," the cellmate wrote in Spanish.

Figueroa went on to explain how her son had developed a bad fever and was experiencing extreme bouts of diarrhea and vomiting. Though he could barely get out of bed, the guards continued ignoring his cries for help. After five days of this, the cellmate said, he and the other inmates in their unit decided to start banging on their cell doors until medical attention came. It worked, and Figueroa's son was taken to the hospital, he said. But when Figueroa contacted the prison on May 1, an officer said her son was still at the prison but refused to provide her any more information.

The cellmate concluded his letter by stating, "I am sending physical copies of all documents as evidence of everything that is happening here." But Figueroa said the envelope arrived empty except for his handwritten note. "Where's the rest?" asked Figueroa's daughter, Kiara Carror. "There's clearly something going on that they don't want outsiders to know." She called conditions at the prison "cruel."

> GOTTA BE A BETTER WAY   SACK DINNER MEALS ON A
> CLAM SHELL TRAY   HOW FAST WILL COVID RUN TODAY
> PRAY THE LORD IT DON'T RUN MY WAY

*Some inmates pass the time by writing rhymes, like this one about the coronavirus creeping through the complex*   Photo: **Courtesy**

# Federal Explanations

BOP Director Michael Carvajal directly addressed the Lompoc outbreak in an April 29 video statement. He touted the new Hospital Care Unit, which will be staffed by personnel from Aspen Medical, a private health-care contractor that assisted with quarantines during the coronavirus outbreak on the Diamond Princess cruise ship.

Carvajal, whose agency has been widely criticized for its slow and disorganized response to multiple outbreaks at its 122 facilities, where 41 inmates have died, struck a defensive and defiant tone in the video. He said he was proud of the way Lompoc prison officials are performing "despite the constant criticism and distraction."

In a media statement released Tuesday afternoon, the BOP said it has started the process of testing 100 percent of the FCI Lompoc population for COVID-19 so the facility can better separate the infected from the healthy and reduce transmission rates. The agency also said the prison has an ample supply of personal protective equipment for both inmates and staff.

A letter from Beth Lawrence's son, however, said some still aren't taking the necessary precautions. "The guards walk around with no masks making jokes about the virus, saying it's a hoax and it's being blown out of proportion," he wrote. "Because of their incompetence, we are paying the price."

---

*At the* Santa Barbara Independent, *our staff is working around the clock to cover every aspect of this crisis — sorting truth from rumor.  Our reporters and editors are asking the tough questions of our public health officials and spreading the word about how*

*we can all help one another. The community needs us — now more than ever — and we need you in order to keep doing the important work we do. Support the* Independent *by making a <u>direct contribution</u> or with a <u>subscription to Indy+</u>.*

Fri May 08, 2020 | 23:46pm

https://www.independent.com/2020/05/06/lompoc-prisoninmates-and-families-describe-cruelcovid-19-condition

# Lompoc Prison's COVID-19 Crisis Threatens to Pop

Rep. Salud Carbajal Warns of Potential 'Disaster That's Unfathomable'



*A satellite view of United States Penitentiary Lompoc | Credit: Courtesy*

By **Tyler Hayden**

Wed Apr 29, 2020 | 9:11am

The confused and chaotic response of the U.S. government to the COVID-19 pandemic continues to plague Santa Barbara County, with the locus of the regional outbreak — the federal prison complex in

As of Monday, April 27, less than a month since the first case was reported at the prison, 104 inmates and 32 employees have been infected. The figures are essentially doubling every week. One inmate has died. The number of prison cases combined with the number of sick residents in surrounding North County communities, where the majority of guards and other staff live, account for 79 percent of Santa Barbara County's confirmed COVID-19 infections.

---

*The Santa Barbara Independent is providing all coronavirus stories for free*
*so that all readers have access to critical information during this time.*
*Get the top stories in your inbox by signing up for our daily newsletter*, *Indy Today*.

---

For reasons unclear, the Bureau of Prisons (BOP), which operates 122 correctional institutions across the country, is no longer updating its online "COVID-19 Resource Page" with data on the Lompoc outbreak, though it is for its other facilities. Information on new infections is instead being provided by Santa Barbara County health officials during their daily press briefings.

These same officials, however, have also been admonished by BOP administrators to no longer disclose how many Lompoc penitentiary inmates and staff are being treated at area hospitals. "For safety, security, and privacy reasons, we do not discuss the conditions of confinement for any individual or group of inmates, including any assignments to local hospitals," explained the national BOP spokesperson Emery Nelson.

Regional leaders — from the County Board of Supervisors to Congressional Representative Salud Carbajal and California Senators Dianne Feinstein and Kamala Harris — have repeatedly expressed concern that COVID-19 patients from the prison complex could overwhelm Santa Barbara's hospitals. (The complex consists of the medium- and minimum-security United States Penitentiary Lompoc with 1,520 inmates and the low-security Federal Correctional Institute Lompoc with 1,224 offenders.)

In two sharply-worded letters to BOP Director Michael Carvajal, the congressmembers urged the federal agency to get the situation under control, including taking better care of staff, some of whom are reportedly sleeping in their cars between shifts to avoid bringing the virus home. They also asked about an elderly inmate who was released while in the late stages of an infection and died days later at home. They have not received a response. Carbajal warned journalist Jerry Roberts in an interview last week that the prison needs additional respirators and other resources to avert a potential "disaster that's unfathomable."

Supervisor Joan Hartmann told the *Independent* her office is frequently hearing from the community on the issue. "County residents are making many sacrifices in slowing the spread," she said, "and I have heard from several residents who would like to know more about what BOP has been doing to slow the spread of the virus, protect its workforce, and isolate those that have been exposed."

Three weeks ago, as the numbers in the penitentiary started to climb, Santa Barbara officials — who struggled mightily in recent years to establish communications with prison administrators on other matters — were surprised to learn how limited the complex is in its ability to provide even basic health care. Its only means of treating inmate patients is through a small, rudimentary medical bay with few supplies and even fewer beds. (Vandenberg Air Force Base also lacks health-care resources.)

Various ideas to increase the prison's medical bed capacity were discussed, with a plan eventually settled upon to renovate a decommissioned military uniform factory on the property. Phase 1 involves converting 11 office spaces into isolation cubicles that will house 22 patients. Phase 2 will convert a portion of the factory's open floor plan into a congregate area with 60 to 80 beds. These efforts, however, have been hampered by delays, and it remains unknown how much construction has actually taken place, or if the BOP has secured the necessary equipment and staff to operate the facility once it's completed.

"With regard to the medical provider or the medical resources, I'd have to refer you to the Bureau of Prisons for direct responses," said Dr. Van Do-Reynoso, director of the county Public Health Department, at a

press conference last week. The BOP did not respond to requests for information on the status of the factory project.

Meanwhile the friends and relatives of inmates, many of whom live out of state, continue to clamor for information about their loved ones. The Lompoc prison has initiated what amounts to a complete communication blackout during a two-week lockdown it said is meant to limit further spread of the virus. Inmates are currently confined to their dorms and cells and not allowed to leave their bunks except to use the shower or restroom.

"Unfortunately, our guidance for better sanitation, to practice social distancing, and encouraging inmates to wear masks has not proven effective," wrote Acting Complex Warden B. von Blanckensee in an April 17 memorandum announcing the new restrictions. Blanckensee said BOP-issued masks were mandatory for all prisoners at all times, and commissary purchases were suspended.

Blanckensee assured inmates that they would still be allowed to send and receive mail during the lockdown. Family members say otherwise. "I recently received a large manila envelope with several letters addressed to my brother (approximately 10) inside," said Marina Santana in an email to the *Independent*. "They were stamped with 'Return to Sender' and 'Wrong Address.' I called the facility, and they confirmed that I had the correct address. I was not given an explanation as to why the letters were sent back." Deb Hoover had a similar experience. "Mail posted to my husband has been "returned to sender," she said. "This has put a stop to all of our communication."

Sunny Sisneros cried with concern for her 75-year-old father, who is due for release in August. Shortly before the lockdown began, he called to tell her he was sick — with the virus or not, he didn't know — but was not receiving medical attention. She hasn't heard from him since. When Sisneros calls the prison, an officer says he is not allowed to give out private information on inmates and directs her to the BOP website.

Sisneros, who lives in Wyoming, said she doesn't care about the bureaucratic or political mechanisms that drove the federal government's response to the virus. She just wants to know if her dad is okay. "I don't care how we got here," she said. "It is what it is. I just want my dad to come home." Sisneros offered to make or buy masks

after her father reported a shortage of them among the inmates. Without yard time or access to the "weight pile" to let off steam, growing tensions are exploding into fistfights, other sources say.

Lompoc inmates and their families are also distressed the prison isn't doing more to comply with U.S. Attorney General William Barr's April 3 order to release medically fragile and low-risk offenders to home confinement. It appears, however, that the Lompoc facility isn't alone in its inaction. An article published April 25 by the Marshall Project, a nonprofit journalism project that covers the U.S. criminal justice system, revealed that the BOP has so far transferred only 1,027 inmates to home confinement — about 0.5 percent of the more than 174,000 people in the bureau's custody.

Lawsuits are now being filed on behalf of prisoners at other BOP penitentiaries throughout the country. In one case in Ohio, a judge said the BOP had treated the health and welfare of its inmates with "deliberate indifference." In a separate case, a judge called the federal agency's process for approving transfers "Kafkaesque" and said it prevented many appropriate releases.

---

*At the* Santa Barbara Independent*, our staff is working around the clock to cover every aspect of this crisis — sorting truth from rumor.  Our reporters and editors are asking the tough questions of our public health officials and spreading the word about how we can all help one another.* The community needs us — now more than ever — *and we need you  in order to keep doing the important work we do. Support the* Independent *by making a* direct contribution *or with a* subscription to Indy+*.*

---

Sat May 09, 2020 | 01:17am
https://www.independent.com/2020/04/29/lompoc-prisons-covid-19-crisis-threatens-to-pop/

/

Santa Barbara Independent

SUPPORT JOURNALISM TODAY

Tips

# Lompoc Prison COVID-19 Cases Skyrocket to 599

Mass Testing Is Exposing the True Scope of the Outbreak



*FCI Lompoc | Credit: Courtesy*

By **Tyler Hayden**

Thu May 07, 2020 | 5:23pm

The number of confirmed active COVID-19 cases among inmates and staff at the federal prison complex in Lompoc grew to an eye-popping 599 on Thursday as mass testing at the property continues to expose the true scope of the outbreak.

At Federal Correctional Institute Lompoc (FCI Lompoc), a low-security facility and one-half of the prison complex where 100 percent of prisoners are in the process of being tested, 541 inmates and 11 staff are currently infected. A total of 1,162 inmates reside there.

*The Santa Barbara Independent is providing all coronavirus stories for free
so that all readers have access to critical information during this time.*

*Get the top stories in your inbox by signing up for our daily newsletter, Indy Today.*

---

At United States Penitentiary Lompoc (USP Lompoc), a medium-security facility with two satellite camps that has yet to undergo mass testing, 33 inmates and 14 staff have open cases. Two inmates from USP Lompoc, which houses 1,542 offenders, have died.

The complex's 599 cases have now eclipsed the total number of infections among Santa Barbara County residents, which stood at 441 as of Thursday afternoon. The Bureau of Prisons (BOP), the federal department that operates the Lompoc facilities, is also only disclosing open coronavirus cases, while the tally by Santa Barbara health officials of residents includes both open and closed cases, meaning the complex's aggregate count is even higher than 599. But to what degree is unknown as BOP administrators have declined to comment beyond the data on their website.

Inmates and their families have complained since the start of the outbreak in late March that Lompoc prison officials are not doing enough to curb the spread of the virus. Social-distancing protocols were slow to roll out, and personal protection equipment came weeks after the first cases were reported in the tightly packed cells and dormitories. Hand sanitizer is still considered contraband because of its alcohol content.

The complex remains on full lockdown — with inmates confined to their bunks 24 hours a day except to use the shower or go to the bathroom — as Lompoc officials try to contain the outbreak, now the second-worst among the BOP's 122 penitentiaries. Terminal Island Federal Correctional Institute in San Pedro is reporting 633 open cases and six deaths. Nationwide, 44 inmates have died.

---

*At the* Santa Barbara Independent, *our staff is working around the clock to cover every aspect of this crisis — sorting truth from rumor.  Our reporters and editors are asking the tough questions of our public health officials and spreading the word about how we can all help one another.* The community needs us — now more than ever — *and we need you  in order to keep doing the important work we do. Support the* Independent *by making a direct contribution or with a subscription to Indy+.*

Sat May 09, 2020 | 01:17am

https://www.independent.com/2020/05/07/lompoc-prison-covid-19-cases-skyrocket-to-599/

/